| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN 122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN 314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | JULIO CESAR MIER-GALLEGOS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-mj-104-SAB |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | |
| JULIO CESAR MIER-GALLEGOS, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Michael Tierney, counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for Julio Cesar Mier-Gallegos, that the Court continue the January 17, 2019 hearing to March 7, 2019 at 10 a.m.

At the status conference on December 20, 2018, defense counsel indicated to the Court that it was attempting to obtain the manual for the Alcotest 8610, which was used to test Mr. Mier-Gallegos's breath alcohol concentration in this case. Because defense counsel was unable to obtain the manual from the manufacturers of the Alcotest 8610, the government stated it would ask the rangers if they could provide defense counsel with a copy of the manual. The parties need additional time to obtain a full copy of the manual and review it.

Due to the foregoing, the parties respectfully request that the Court continues Mr. Mier-Gallegos's status conference to March 7, 2019 at 10 a.m.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: January 11, 2019

*/s/ Michael Tierney*
MICHAEL TIERNEY
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: January 11, 2019

*/s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
JULIO CESAR MIER-GALLEGOS

# **O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the January 17, 2019 status conference for Julio Mier-Gallegos is continued to March 7, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated: **January 11, 2019**

UNITED STATES MAGISTRATE JUDGE