1  HEATHER E. WILLIAMS, CA SBN 122664
   Federal Defender
2  HOPE ALLEY, CA SBN 314109
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   JULIO CESAR MIER-GALLEGOS
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-mj-00104-SAB |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | |
| JULIO CESAR MIER-GALLEGOS, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Special Assistant United States Attorney Gary Leuis, counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for Julio Mier-Gallegos, that the Court continue the March 7, 2019 status conference to April 11, 2019 at 10:00 a.m.

Counsel has received supplemental discovery from the government, that she needs time to review. Additionally, this case will be reassigned, and the new defense attorney needs time to meet with and advise Mr. Mier-Gallegos. For the foregoing reasons, the parties request that the Court continue Mr. Mier-Gallegos's status conference to April 11, 2019 at 10:00 a.m.

//

//

//

//

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: February 25, 2019

*/s/ Gary Leuis*
Gary Leuis
Special Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


Date: February 25, 2019

*/s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
JULIO CESAR MIER-GALLEGOS

## **O R D E R**

The Court accepts the above stipulation and adopts its terms as the order of this Court. Accordingly, the March 7, 2019 status conference set in Case No. 1:18-mj-00104-SAB is hereby continued to April 11, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated: __**February 25, 2019**__

UNITED STATES MAGISTRATE JUDGE