| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | ERIN SNIDER, #304781 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 487-5561 |
| | Fax: (559) 487-5950 |
| 5 | |
| | Attorney for Defendant |
| 6 | JULIO CESAR MIER-GALLEGOS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-mj-00104-SAB |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| vs. | |
| JULIO CESAR MIER-GALLEGOS, | DATE: June 27, 2019 |
| | TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Michael Tierney, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Julio Cesar Mier-Gallegos, that the status conference currently scheduled for April 11, 2019, may be continued to June 27, 2019, at 10:00 a.m.

Defense counsel was just recently assigned the case and requires additional time to review discovery and conduct any needed investigation.

///

///

///

///

///

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: April 9, 2019

*/s/ Michael Tierney*
MICHAEL TIERNEY
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: April 9, 2019

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
JULIO CESAR MIER-GALLEGOS

## **O R D E R**

The Court finds that there is good cause for the requested continuance and hereby orders that the status conference currently scheduled for April 11, 2019, is continued to June 27, 2019, at 10:00 a.m. The defendant's appearance is waived unless it is a change of plea. No further continuances will be granted absent good cause.

IT IS SO ORDERED.

Dated: **April 9, 2019**

UNITED STATES MAGISTRATE JUDGE