HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defenders
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JULIO MIER-GALLEGOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JULIO MIER-GALLEGOS,<br><br>Defendant. | Case No. 1:18-mj-00104-SAB<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE; ORDER |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorneys Michael Tierney and William Taylor, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant Julio Mier-Gallegos, that the briefing schedule be extended. Specifically, that the deadlines currently set for November 28, 2019 and December 12, 2019 be extended to December 6, 2019 and December 20, 2019, respectively. The parties request this short extension in order to resolve a discovery issue.

\\

\\

\\

\\

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: November 27, 2019

*/s/ Michael Tierney*
MICHAEL TIERNEY
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: November 27, 2019

*/s/ Matthew Lemke*
MATTHEW LEMKE
Assistant Federal Defender
Attorney for Defendant
JULIO MIER-GALLEGOS

# O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the briefing schedule be extended as requested. Affirmative motions will be filed on or by December 6, 2019. Any responsive motions will be filed on or by December 20, 2019. The motion hearing will be set for January 7, 2020, at 9:30 a.m., Courtroom 9 (SAB), before Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated: **November 27, 2019**

UNITED STATES MAGISTRATE JUDGE