# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-mj-00104-SAB |
|---|---|
| Plaintiff, | ORDER VACATING BRIEFING SCHEDULE AND JANUARY 7, 2019 HEARING |
| v. | |
| JULIO CESAR MIER-GALLEGOS, | |
| Defendant. | |

On August 1, 2019, a status conference was held in this action and, at the parties' request, a briefing schedule was set. (ECF No. 18.) On November 27, 2019, at the stipulation of the parties, the schedule was extended and briefing was due on or before December 6, 2019. (ECF Nos. 19, 20.) The deadline for briefing to be filed has passed and neither party has filed a brief. Accordingly, the briefing schedule and the January 7, 2020 hearing at 9:30 a.m. in Courtroom 9 are VACATED. The parties need not appear at that time.

IT IS SO ORDERED.

Dated: __December 9, 2019__

UNITED STATES MAGISTRATE JUDGE