| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | MATTHEW LEMKE, D.C. Bar #1023347<br>Assistant Federal Defenders |
| 3 | 2300 Tulare Street, Suite 330<br>Fresno, CA  93721 |
| 4 | Telephone: (559) 487-5561<br>Fax: (559) 487-5950 |
| 5 | |
| 6 | Attorneys for Defendant<br>JULIO MIER-GALLEGOS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JULIO MIER-GALLEGOS,<br><br>Defendant. | Case No. 1:18-mj-00104-SAB<br><br>STIPULATION TO VACATE TRIAL DATE AND SET CHANGE OF PLEA<br>ORDER<br><br>DATE:   January 16, 2020<br>TIME:   10:00 a.m.<br>JUDGE: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Special Assistant United States Attorney William Taylor, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant Julio Mier-Gallegos, that the trial date currently set for January 9, 2020, be vacated and that a change of plea hearing be set before the Honorable Stanley A. Boone on January 16, 2020, at 10:00 a.m.

The parties have reached an agreement to resolve this case. As a result, the January 9, 2020 trial date is no longer necessary. Accordingly, the parties jointly request that the trial date be vacated and that the matter be set for a change of plea hearing on January 16, 2020, at 10:00 a.m. before this Court.

\\

\\

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: December 17, 2019　　　　　　　　*/s/ William Taylor*
　　　　　　　　　　　　　　　　　　　WILLIAM TAYLOR
　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: December 17, 2019　　　　　　　　*/s/ Matthew Lemke*
　　　　　　　　　　　　　　　　　　　MATTHEW LEMKE
　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　JULIO MIER-GALLEGOS

## **O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the trial scheduled for January 9, 2020, be vacated and a change of plea hearing be set for January 16, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **December 20, 2019**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE