HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JULIO MIER-GALLEGOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JULIO MIER-GALLEGOS,<br><br>Defendant. | Case No. 1:18-mj-00104-SAB<br><br>STIPULATION TO MODIFY TERMS OF PROBATION PURSUANT TO 18 U.S.C. § 3563 AND FED. R. CRIM. P. 32.1(C);  AND ORDER<br><br>DATE:   October 21, 2021<br>TIME:    10:00 a.m.<br>JUDGE: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Special Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant Julio Mier-Gallegos, that the Court modify the terms and conditions of Mr. Mier-Gallegos's probation as set forth below.

On January 16, 2020, the Court sentenced Mr. Mier-Gallegos to a term of probation, currently set to expire on January 17, 2023.  ECF. No. 25.  As a condition of probation, the Court ordered that Mr. Mier-Gallegos enroll in a Multi-Offender DUI program through the California Department of Motor Vehicles no later than May 1, 2020.  *Id*.  The Court ordered Mr. Mier-Gallegos to complete the program by September 30, 2021.  *Id*.

Mr. Mier-Gallegos enrolled in the program on March 30, 2020.  ECF No. 26.  Unfortunately, COVID-19 related program closures and restrictions delayed Mr. Mier-Gallegos' start date to October 2020.  According to records reviewed by defense counsel, Mr. Mier-Gallegos

resumed participation in the program on October 29, 2020. With a few exceptions, he has regularly attended weekly program sessions since October 29, 2020. Unfortunately, due to the COVID related delayed start, counsel estimates that Mr. Mier-Gallegos has completed roughly 15 months of the 18-month program.

In light of the unusual external circumstances that delayed Mr. Mier-Gallegos's program participation, the parties stipulate and request, pursuant to 18 U.S.C. § 3563(c) and Federal Rule of Criminal Procedure 32.1(c), that the Court modify Mr. Mier-Gallegos's sentence by extending the DUI program completion date deadline to February 1, 2022. The parties also ask that the Court continue the October 2021 probation review hearing to February 17, 2022. Mr. Mier-Gallegos expressly waives any right to a hearing on this modification request pursuant to Federal Rule of Criminal Procedure 32.1(c)(2)(A).

                                          HEATHER E. WILLIAMS
                                          Federal Defender

Date: October 15, 2021            */s/ Matthew Lemke*
                                          MATTHEW LEMKE
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          JULIO MIER-GALLEGOS


                                          PHILLIP A. TALBERT
                                          Acting United States Attorney

Date: October 15, 2021            */s/ Jeffrey Spivak*
                                          JEFFREY SPIVAK
                                          Assistant United States Attorney
                                          Attorney for Plaintiff

**O R D E R**

The Court hereby orders that Mr. Mier-Gallegos's complete the Multi-Offense DUI program by February 1, 2022. The probation review hearing currently set for October 21, 2021 is continued to February 17, 2022 at 10:00 am. Defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **October 15, 2021**

UNITED STATES MAGISTRATE JUDGE