# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br>v.<br><br>JULIO CESAR MIER-GALLEGOS,<br><br>　　　　　　　　　Defendant. | Case No. 1:18-mj-00104-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

　　　　PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

　　　　**Convicted of:**　　Operating a Motor Vehicle While the Alcohol Content of the Operator's Blood or Breath is 0.08 Grams or More of Alcohol per 210 Liters of Breath

　　　　**Sentence Date:**　　January 16, 2020

　　　　**Review Hearing Date:** February 17, 2022

　　　　**Probation Expires On:** January 17, 2023

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒　　**Obey all federal, state and local laws**; and

☒　　**Monetary Fines & Penalties in Total Amount of:** $2,010  which Total Amount is made up of a Fine: $ 2,000  Special Assessment: $   10   Processing Fee: $ Choose an item. Restitution: $

☒　　Payment schedule of $ 200  per month by the 15 of each month.

☒　　**Community Service hours Imposed of:**  0

☒　　**Other Conditions:**  participate and complete a Multi-Offender DUI program through the California Department of Motor Vehicles no later than 5/1/2020. The program shall be completed by February 1, 2022. (See ECF 29 for order modifying deadline)

## *COMPLIANCE:*

☐　　Defendant has complied with and completed <u>all</u> conditions of probation described-above.

　　　**Otherwise:**

☒　　Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☒　　To date, Defendant has paid a total of $ 2,010

☒　　Compliance with Other Conditions of Probation:  Mr. Mier Gallegos has regularly participated in the DUI program as required. The modified program completion deadline set forth by the Court in ECF No. 28 at the request of the parties, however, has not afforded sufficient time for Mr. Mier Gallegos to complete his required coursework because the program subsequently changed the schedule for required classes. The schedule set by the Court in ECF No. 28 was based on the then-existing program schedule. That schedule has since changed, through no fault of Mr. Mier Gallegos. In light of these unforeseen changes, defense counsel

anticipates asking the Court, in a separate stipulation, to modify the deadline to complete the course and to continue status to July 14, 2022. The defense has conferred with the government regarding the foregoing issues and is the government agrees.

## *GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

DATED: February 4, 2022     */s/ Jeffrey Spivak*
JEFFREY SPIVAK
Assistant United States Attorney

## *DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for Click here to enter a date. at Choose an item.

☒ be continued to 7/14/2022 at 10:00 a.m.; or

☐ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED: February 4, 2022     */s/ Jaya Gupta*
JAYA GUPTA
Assistant Federal Defender
Attorney for Defendant

## ORDER

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing set for February 17, 2022 at 10:00 a.m. be continued to July 14, 2022 at 10:00 a.m.

☐ DENIED.

IT IS SO ORDERED.

Dated: **February 15, 2022**     _____
UNITED STATES MAGISTRATE JUDGE