HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JULIO MIER-GALLEGOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JULIO MIER-GALLEGOS,<br><br>Defendant. | Case No. 1:18-mj-00104-SAB<br><br>STIPULATION TO MODIFY TERMS OF PROBATION PURSUANT TO 18 U.S.C. § 3563 AND FED. R. CRIM. P. 32.1(C); AND ORDER<br><br>DATE: February 17, 2022<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Special Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Jaya Gupta, counsel for defendant Julio Mier-Gallegos, that the Court modify the terms and conditions of Mr. Mier-Gallegos's probation as set forth below.

On January 16, 2020, the Court sentenced Mr. Mier-Gallegos to a term of probation, currently set to expire on January 17, 2023. ECF. No. 25. As a condition of probation, the Court ordered that Mr. Mier-Gallegos enroll in a Multi-Offender DUI program through the California Department of Motor Vehicles no later than May 1, 2020. *Id*. The Court ordered Mr. Mier-Gallegos to complete the program by September 30, 2021. *Id*. Mr. Mier-Gallegos enrolled in the program on March 30, 2020. ECF No. 26. Unfortunately, COVID-19 related program closures and restrictions delayed Mr. Mier-Gallegos' start date to October 2020. With a few exceptions,

1. he has regularly attended weekly program sessions since October 29, 2020.

2. At the request of the parties, the Court previously extended Mr. Mier Gallegos' course completion deadline to February 1, 2022. Unfortunately, since the Court granted the stipulation, counsel has learned that the DUI Program's schedule has subsequently changed once again, not as a result of anything Mr. Mier-Gallegos has done. After reviewing an updated program record and corresponding with program staff, counsel estimates that Mr. Mier-Gallegos will complete the full DUI program by the end of June, 2022, not February 2022 as initially understood. *See* Exhibit A at 2 (course schedule, highlighted).

3. In light of the unusual external circumstances that delayed Mr. Mier-Gallegos's program participation, the parties stipulate and request, pursuant to 18 U.S.C. § 3563(c) and Federal Rule of Criminal Procedure 32.1(c), that the Court modify Mr. Mier-Gallegos's sentence by extending the DUI program completion date deadline to July 1, 2022. The parties also ask that the Court continue the February 17, 2022, probation review hearing to July 14, 2022. Mr. Mier-Gallegos expressly waives any right to a hearing on this modification request pursuant to Federal Rule of Criminal Procedure 32.1(c)(2)(A).

HEATHER E. WILLIAMS
Federal Defender

Date: February 3, 2022      */s/ Jaya Gupta*
JAYA GUPTA
Assistant Federal Defender
Attorney for Defendant
JULIO MIER-GALLEGOS


PHILLIP A. TALBERT
United States Attorney

Date: February 3, 2022      */s/ Jeffrey Spivak*
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff

## **ORDER**

**IT IS HEREBY ORDERED** that Mr. Mier-Gallegos is to complete the Multi-Offense DUI program by July 1, 2022.  The probation review hearing currently set for February 17, 2021 is continued to July 14, 2022 at 10:00 am. Defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **February 15, 2022**

UNITED STATES MAGISTRATE JUDGE